[No. 24365-9-I.   Division One.   September 10, 1990.]

JOHN STEGER, ET AL, *Appellants,* v. WILLIAM E.
GRAY, *Defendant,* TICOR TITLE INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-10916-3, Anne L. Ellington, J., entered
January 19, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 24093-5-I.   Division One.   September 10, 1990.]

BRIAN K. GJERDE, *Appellant,* v. JEROME GJERDE,
ET AL, *Respondents.*

JEROME GJERDE, ET AL, *Respondents,* v. BRIAN
K. GJERDE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-2-05325-1, Joseph A. Thibodeau,
J., entered February 23, 1989. *Reversed* by unpublished
opinion per Grosse, A.C.J., concurred in by Swanson and
Baker, JJ.

[No. 11717-7-II.   Division Two.   September 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
LOVELACE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 86-1-00156-8, David E. Foscue, J.,
entered January 25, 1988. *Affirmed* by unpublished opinion
per Alexander, C.J., concurred in by Petrich and Worswick,
JJ.